IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 3:17cr426-MHT |
| | ) | (WO) |
| STEPHANIE MARCEL DAVIS | ) | |

OPINION AND ORDER

Upon consideration of the probation officer's petition for early termination of probation (doc. no. 25) describing defendant Stephanie Marcel Davis's compliance with all terms of her probation, completion of substance-abuse treatment, ongoing employment, consistently negative drug-test results, and general "pattern of stability," (doc. no. 25) at 1, and based on the government's response that it does not oppose early termination, it is ORDERED that:

(1) The petition is granted.

(2) Defendant Stephanie Marcel Davis's term of probation is terminated effective immediately and she is discharged.

DONE, this the 2nd day of July, 2019.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**